NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris®

FIRM and AFFILIATE OFFICES

MICHAEL TILIAKOS
DIRECT DIAL: +1 212 692 1045
PERSONAL FAX: +1 212 202 6231
E-MAIL: mtiliakos@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

January 23, 2015

**VIA ECF**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
Room 1350
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **Giovanni Morelos v. 1382 Diner, Inc. d/b/a Trend Diner & Restaurant et al., 14-CV-9002 (PAC)**

Dear Judge Crotty:

    We represent Defendants in the above-captioned FLSA action. We write to request a thirty (30) day extension of time to respond to the allegations contained in Plaintiff's complaint. Defendant's response is currently due January 26, 2015. This is the first such request for an extension. Plaintiff's counsel has consented to this request.

    The parties have been engaged in settlement discussions – including production of documents - in an attempt to resolve this matter. While the parties have made great strides in these efforts, additional time is needed so that the parties may focus their time and resources on

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM2\5384440.1

Honrable Paul A. Crotty
January 23, 2015
Page 2

DuaneMorris

such discussions.  Accordingly, Defendants respectfully request that their time to respond to the complaint be extended from January 26, 2015 to February 23, 2015.

Thank your for consideration of this request.

Sincerely,

Michael Tiliakos

cc:   Benjamin Dictor, Esq. (via ECF and email (Ben@EisnerAssociates.com))