

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>BOSTON<br>HOUSTON<br>LOS ANGELES<br>HANOI<br>HO CHI MINH CITY<br>ATLANTA | *FIRM and AFFILIATE OFFICES*<br><br>MICHAEL TILIAKOS<br>DIRECT DIAL: +1 212 692 1045<br>PERSONAL FAX: +1 212 202 6231<br>*E-MAIL:* mtiliakos@duanemorris.com<br><br>*www.duanemorris.com* | BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>MEXICO CITY<br>ALLIANCE WITH<br>MIRANDA & ESTAVILLO |

March 9, 2015

**VIA ECF**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
Room 1350
United States Courthouse
500 Pearl Street
New York, NY  10007

   Re: <u>Giovanni Morelos v. 1382 Diner, Inc. d/b/a Trend Diner & Restaurant et al.,</u>
      <u>14-CV-9002 (PAC)</u>

Dear Judge Crotty:

  We represent Defendants in the above-captioned FLSA action.  We write to advise the Court that the parties have settled the above-captioned matter.  A signed stipulation of dismissal with prejudice will be filed at the appropriate time for the Court's review and consideration.

  Thank your for attention.

               Sincerely,

               Michael Tiliakos

cc: Benjamin Dictor, Esq. (via ECF and email (Ben@EisnerAssociates.com))

---

DUANE MORRIS LLP

1540 BROADWAY  NEW YORK, NY 10036-4086      PHONE: +1 212 692 1000  FAX: +1 212 692 1020
DM2\5491409.1